994 P .2d 622

June 2, 1998

| 21662 | Streeter v. Costa | Affirmed |

### October 23, 1998
| 20894 | Ah Ping v. Smith | Affirmed |

### January 28, 1999
| 20886 | State Farm Mut. Auto. Ins. Co. v. Lau | Vacated |

### April 14, 1999
| 22544 | State v. Sherman | Affirmed |

### April 28, 1999
| 21112 | State v. Camingao | Affirmed |

### June 4, 1999
| 21488 | State v. Ibara | Affirmed |

### June 17, 1999
| 20784 | Stender v. Ford Motor Co. | Vacated |
| 21560 | Waidmann v. Bank of Hawaii, Inc. | Affirmed |

### June 28, 1999
| 21530 | State v. Randall | Affirmed |

### June 30, 1999
| 21539 | State v. Aasted | Affirmed |
| 21654 | State v. Yoshioka | Vacated |

### July 15, 1999
| 22124 | Garic v. Administrative Director of Courts | Affirmed |

### July 20, 1999
| 21469 | State v. Hill | Affirmed |
| 21059 | State v. Ho | Affirmed |